Hal Armstrong, USBN 10157
**JLJ LAW GROUP, PLLC.**
124 South 400 East, Suite 410
Salt Lake City, Utah 84111
Tel: 801-883-8204
Fax: 801-990-9033
Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In Re: | ) | Case No. 14-21908 |
|---|---|---|
| | ) | |
| Edward Toledo Monson | ) | **Chapter 13** |
| Jeanice G. Monson, | ) | |
| | ) | **Judge Joel T. Marker** |
| Debtor(s). | ) | |
| | ) | |

**RULE 9024 MOTION FOR RELIEF FROM ORDER OF DISMISSAL**

Debtor Edward Toledo Monson, by and through undersigned counsel, respectfully move, under Fed. Bankr. R. 9024, on the basis of excusable neglect, that the Court vacate its December 18, 2015, Order of dismissal, and in support thereof, asserts as follows:

### BACKGROUND

1. Debtors filed their petition on March 3, 2014.

2. Debtors' Chapter 13 Plan was confirmed on November 12, 2014, requiring the Debtors to contribute $1,469 each month.

3. The Debtors made payments in April, May, June, and September 2014, but did not make timely payments for July and August 2014.

4. Following the unexpected death of the Joint Debtor Jeanice Monson on September 21, 2014, the Debtor temporarily shifted his focus from this case to caring for the couple's

two young children, and he neglected to make plan payments in October and November 2014.

5. On November 19, 2014, the Chapter 13 Trustee moved for dismissal due to non-payment of the plan payments.

6. On December 2, 2014, the Chapter 13 Trustee moved for dismissal for failure to comply with the Order of Confirmation (claims review), and listed the objection deadline as December 26, 2014.

7. The Debtor, mistakenly relying on the December 26, 2014, deadline, wrongly believing that it applied to the Trustee's November 19, 2014, motion to dismiss (despite the different objection deadline stated on that motion), made five plan payments amounting to $7,345 on December 23, 2014.

8. However, because the objection deadline already had passed, the Court had dismissed this case on December 18, 2014.

9. The Debtor has completed his claims review and filed the declaration regarding that review.

## ARGUMENT

Under Fed.R.Civ.P. 60(b), made applicable in bankruptcy cases by Rule 9024, the Court may, in its discretion, relieve a party from the effects of a final judgment or order for "mistake, inadvertence, surprise, or excusable neglect...." A court's treatment of Civil Rule 60(b) is not intended to be rigid, but instead requires the court to equitably consider all relevant circumstances surrounding a party's errors or omissions. *Pincay v. Andrews,* 389 F.3d 853, 856, 860 (9th Cir.2004).

Here, the number of additional responsibilities the Debtor was forced to take on in his life,

including the daily care and supervision of his young children, as well as the emotion trauma of the sudden and unexpected death of the Debtor's spouse, and the Debtor's misinterpretation of the notices he received concerning the objection deadlines on the Chapter 13 Trustee's motions to dismiss are factors that excuse the Debtor's neglect in responding timely to the Motion to Dismiss for non-payment. Moreover, the fact that the Debtor made the plan payments to bring his case current prior to the deadline that he understood to apply to the motion to dismiss shows his intent and ability to go forward with the case, such that there would be no prejudice to creditors should the Court vacate the order of dismissal.

## CONCLUSION

For the reasons set forth above, Debtor respectfully request that the Court grant his motion to vacate the December 18, 2014, Order of Dismissal.

DATED this 23rd day of January, 2015.

JLJ LAW GROUP, PLLC

_/s/_ Hal Armstrong
Hal Armstrong, Attorney for Debtors

## CERTIFICATE OF SERVICE–MAIL, OTHER

I hereby certify that on January 23, 2015, I caused to be served a true and correct copy of the foregoing document as follows:

Mail Service to Entire Matrix – By regular first class United States mail, postage fully pre-paid, addressed to all parties who did not receive electronic service as set forth herein listed on the Official Court Mailing Matrix dated January 23, 2015, attached hereto.

ECF:

- Kevin R. Anderson tr    ecfmail@ch13kra.com, lneebling@ch13kra.com
- Harold H. Armstrong    harmstrong@jljlawgroup.com, crees@JLJLawGroup.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
- Gale K. x3Francis    txbk13@utah.gov
- Gale K. x5Francis    txbk13@utah.gov

                                                      /s/ Hal Armstrong
                                                      Hal Armstrong, Attorney for Debtors

```
Label Matrix for local noticing          Kevin R. Anderson tr                   Harold H. Armstrong
1088-2                                   405 South Main Street      ECF         JLJ Law Group, PLLC      ECF
Case 14-21908                            Suite 600                              124 South 400 East,
District of Utah                         Salt Lake City, UT 84111-3408          Suite 410
Salt Lake City                                                                  Salt Lake City, UT 84111-2186
Fri Jan 23 06:36:44 MST 2015

Bank of America                          Bonneville Billing and Collections, Inc.    CBE Group
P.O. Box 851001                          Attn: Kevin P. Sullivan                     c/o Diversified Collection Services, Inc
Dallas, TX 75285-1001                    PO Box 150612                               P.O. Box 9046
                                         Ogden, UT 84415-0612                        Pleasanton, CA 94566-9046


Capital One Bank (USA) NA                Capital One Bank (USA), N.A.                Department of Veteran Affairs
by American InfoSource LP as Agent       PO Box 71083       Duplicate                Overpayment of GI Bill Benefits
PO Box 71083                             Charlotte, NC 28272-1083                    P.O. Box 8888
Charlotte, NC 28272-1083                                                             Muskogee, OK 74402-8888


Equity Funding                           Express Recovery Services, Inc.             GE Capital Corp.
P.O. Box 271351                          PO Box 26415                                c/o Sentry Credit, Inc.
Salt Lake City, UT 84127-1351            Salt Lake City, UT 84126-0415               2809 Grand Ave.
                                                                                     Everett, WA 98201-3417


GE Money Bank FSB                        HD Financial                                Harley-Davidson Credit Corp.
c/o Portfolio Recovery Associates, LLC   Dept 15129                                  PO Box 9013
P.O. Box 12903                           Palatine, IL 60055-0001                     Addison, TX 75001-9013
Norfolk, VA 23541-0903


Intermountain Healthcare                 Internal Revenue Service                    Edward Toledo Monson    Filer
PO Box 27808                             P.O. Box 7346                               4867 Grand View Peak Drive
Salt Lake City, UT 84127-0808            Philadelphia, PA 19101-7346                 Herriman, UT 84096-1771


Jeanice G. Monson    Deceased            N.A.R., Inc.                                (p)PORTFOLIO RECOVERY ASSOCIATES LLC
4867 Grand View Peak Drive               5225 Wiley Post Way, #410                   PO BOX 41067
Herriman, UT 84096-1771                  Salt Lake City, UT 84116-2561               NORFOLK VA 23541-1067


Residential Credit Solutions             Revenue Cycle Solutions                     Salt Lake Community College
P. O. BOX 163229                         P.O. Box 361230                             PO Box 30808     Duplicate
FORTH WORTH, TEXAS 76161-3229            Birmingham, AL 35236-1230                   Salt Lake City, UT 84130-0808


Salt Lake Community College              Santander Consumer USA, Inc.                U.S. Department of Education
Student Loans & Receivables              Attention: Bankruptcy Dept.                 PO Box 16448
4600 Redwood Road                        P.O. Box 560284                             St. Paul, MN 55116-0448
Taylorsville, Utah 84123-3145            Dallas, TX 75356-0284


United States Trustee                    Utah State Tax Commission                   Utah State Tax Commission
Ken Garff Bldg.                          Attn Bankruptcy Unit                        210 North 1950 West
405 South Main Street    ECF             210 North 1950 West                         Salt Lake City, UT 84134-0700
Suite 300                                Salt Lake City, UT 84134-9000
Salt Lake City, UT 84111-3402
```

| | |
|---|---|
| Gale K. x3Francis<br>Office of the Attorney General<br>160 East 300 South<br>Fifth Floor      ECF<br>P.O. Box 140874<br>Salt Lake City, UT 84114-0874 | Gale K. x5Francis<br>Office of the Attorney General<br>160 East 300 South<br>Fifth Floor      ECF<br>P.O. Box 140874<br>Salt Lake City, UT 84114-0874 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)SLCC | (u)US Dept. Ed. | End of Label Matrix<br>Mailable recipients    31<br>Bypassed recipients    2<br>Total                  33 |