**The below described is SIGNED.**

**Dated: March 6, 2015**





**JOEL T. MARKER**
**U.S. Bankruptcy Judge**

---

Order prepared by:
Kevin R. Anderson (4786)
OFFICE CHAPTER 13 TRUSTEE
405 South Main St., Suite 600
Salt Lake City, UT 84111
Telephone:    (801) 596-2884
Facsimile:    (801) 596-2898
Email: kratrusteemail@ch13kra.com

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| In re:<br><br>EDWARD TOLEDO MONSON<br>JEANICE G. MONSON<br><br>Debtors. | Case No. 14-21908<br>Chapter 13<br>Hon. Joel T. Marker |
|---|---|

### EX PARTE ORDER DENYING DEBTOR'S MOTION TO VACATE DISMISSAL

The Debtor's Motion to Vacate Dismissal was scheduled for hearing on February 25, 2015. The Debtors have not satisfied the Trustee's Conditional Objection and the Debtors remain delinquent $2,938.00 (2.0 plan payments).

The Court has reviewed the pleadings on file, and after making its findings of fact and conclusions of law on the record:

**HEREBY ORDERS, DECREES, AND ADJUDGES THAT:**

1. The Debtors' Motion to Vacate is hereby denied.

2. The case shall remain dismissed.

END OF DOCUMENT

**CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)**

      I hereby certify that on March 2, 2015 I electronically filed the foregoing ORDER with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system.  I further certify that the parties of record in this case, as identified below, are register CM/ECF users and will be served through the CM/ECF system.

HAROLD H. ARMSTRONG  -- harmstrong@jljlawgroup.com, crees@JLJLawGroup.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 2, 2015, a true and correct copy of the foregoing paper was addressed to the following persons and deposited in the U.S. Mail, first-class postage prepaid.

> EDWARD TOLEDO MONSON
> 4867 GRAND VIEW PEAK DRIVE
> HERRIMAN, UT 84096

      /s/     slo
      Office Chapter 13 Trustee

**DESIGNATION OF PARTIES TO BE SERVED**

**By Electronic Services:**  I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system

KEVIN R. ANDERSON -  kanderson@ch13kra.com,  lneebling@ch13kra.com

HAROLD H. ARMSTRONG  -- harmstrong@jljlawgroup.com, crees@JLJLawGroup.com

**By U.S. Mail** – In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

EDWARD TOLEDO MONSON
4867 GRAND VIEW PEAK DRIVE
HERRIMAN, UT 84096

Case 14-21908 Doc 48 Filed 03/09/15 Entered 03/09/15 11:50:24 Desc Main
Document Page 3 of 3