**This order is SIGNED.**

Dated: April 18, 2016



JOEL T. MARKER
U.S. Bankruptcy Judge



msc

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| | |
|---|---|
| In re:<br>   Edward Toledo Monson and Jeanice G. Monson<br><br>Debtor(s) | Case No: 14-21908<br><br>Chapter 13 |

**ORDER GRANTING PETITION FOR PAYMENT OF UNCLAIMED FUNDS**

    It appearing that the check made payable to Edward Toledo & Jeanice G. Monson, in the amount of $7,345.00 was not charged against the bank account of the debtor(s)' estate within the ninety-day limit pursuant to 11 U.S.C.§347 and the case trustee filed an unclaimed funds report to close the account and transfer funds into the registry of the Clerk, United States Bankruptcy Court for the District of Utah and

    It further appearing that Edward Monson C/o Dilks & Knopik, LLC (Claimant) now claims entitlement to unclaimed funds set for the Claimant's Petition for Payment of Unclaimed Funds,

    IT IS ORDERED, that the Clerk of the Bankruptcy Court pay the sum of $7,345.00, to:    Edward Monson

                                          C/o Dilks & Knopik, LLC
                                          35308 SE Center St
                                          Snoqualmie, WA 98065.

---------------------------------------------- END OF ORDER ----------------------------------------------